UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PERKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>SILGAN CONTAINERS MANUFACTURING CORPORATION,<br><br>  Defendant. | No. 1:18-cv-01654-DAD-SKO<br><br>**ORDER RE INFORMAL DISCOVERY DISPUTE CONFERENCE** |

Having considered the parties' letter briefs regarding their informal discovery dispute and heard argument of counsel at the informal discovery dispute conference ("Discovery Conference") held on November 14, 2019, for the reasons stated during the Discovery Conference, Plaintiff's request is hereby GRANTED as set forth below.

Plaintiff's Interrogatories 20 and 21 request the identities of other employees of Defendant who were terminated from their employment and had, at the time of their termination, (1) been approved for leave under the Family Medical Leave Act ("FMLA") and (2) previously taken leave under the FMLA, respectively. The Court finds the requested information is relevant and Plaintiff has shown a compelling need for the information that outweighs the privacy concerns related to disclosure of the employees' personal information. The Court further finds the entry of a stipulated protective order, along with a notice procedure allowing the employees the opportunity to opt out from having their information disclosed, adequately addresses Defendant's privacy concerns.

It is therefore ORDERED that:

**By no later than November 21, 2019**, the parties shall file (1) a stipulated protective order covering the information to be disclosed that complies with the requirements of Local Rule 141.1; and (2) a stipulation setting forth (a) the parties' proposed procedure to give notice to the affected employees and give them an opportunity to opt out of having their information disclosed to Plaintiff, and (b) proposed extensions of the non-expert discovery deadline and any other deadlines in the case, as necessary, supported by good cause.[1]

IT IS SO ORDERED.

Dated:   **November 15, 2019**              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] As discussed with the parties during the informal discovery dispute conference, the stipulation for continuance of certain pretrial deadlines filed on November 14, 2019, (Doc. 18), is moot and the parties will be submitting new proposed deadlines by November 21, 2019.