UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PERKINS,<br><br>            Plaintiff,<br><br>    v.<br><br>SILGAN CONTAINERS MANUFACTURING CORPORATION,<br><br>            Defendant. | No. 1:18-cv-01654-DAD-SKO<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>**(Doc. 25)** |

On April 16, 2020, the parties filed a stipulation to extend all scheduling order dates. (Doc. 25.) The parties state that they have diligently litigated the case but the current coronavirus (COVID-19) pandemic has impeded their progress. (*Id.* at 2.) The parties are also "actively discussing informal resolution" and request that the dates be extended approximately sixty days so that they may continue settlement discussions.[1] (*Id.*)

Based on the parties' representations, the Court finds good cause to extend the deadlines in the scheduling order as requested.[2] Accordingly, for good cause shown, the Court GRANTS the request and will modify the scheduling order and enlarge the deadlines as follows:

---

[1] The Court notes that the parties filed the stipulation untimely as to both the non-dispositive motions filing deadline and the dispositive motions filing deadline—which passed on April 15, 2020. The Court finds excusable neglect under Rule 6(b) and will allow the untimely request, but the parties are ADMONISHED that any future requests shall be made in advance of the filing deadline.

[2] The Court will adjust certain dates proposed by the parties to conform to the Court's scheduling preferences.

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Dispositive Motion Filing | April 15, 2020 | June 15, 2020 |
| Non-Dispositive Motion Hearing | May 13, 2020 | July 15, 2020 |
| Dispositive Motion Filing | April 15, 2020 | June 15, 2020 |
| Dispositive Motion Hearing | June 2, 2020 | August 3, 2020 |
| Settlement Conference | May 7, 2020 | July 7, 2020, at 10:30 a.m. |
| Pretrial Conference | August 3, 2020 | October 5, 2020, at 2:30 p.m. |
| Trial | September 22, 2020 | December 1, 2020, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **April 17, 2020**                    /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE